UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BYRON,<br><br>  Plaintiff<br><br>  v.<br><br>WASHOE COUNTY MAIL ROOM,<br><br>  Defendant | Case No. 3:22-cv-00319-ART-CSD<br><br>**ORDER** |

On September 2, 2022, the Court screened Plaintiff's complaint under 42 U.S.C. § 1983. (ECF No. 3.) The Court dismissed the complaint without prejudice and with leave to amend. (*Id.*) On September 19, 2022, Plaintiff filed an updated address. (ECF No. 5.) On November 8, 2022, the Court's screening order came back as undeliverable. (ECF No. 10.) As such, the Court will direct the Clerk of Court to send another copy of the Court's screening order to Plaintiff at his updated address. The Court will also extend the deadline for Plaintiff to file an amended complaint until March 15, 2023.

It is therefore ordered that the Clerk of the Court send a copy of the Court's screening order (ECF No. 3) to Plaintiff at his updated address.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 1-1). If Plaintiff chooses to file an amended complaint, he should use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

It is further ordered that the Court extends the deadline for Plaintiff to file any amended complaint to March 15, 2023.

DATED: December 15, 2022.

_____
UNITED STATES MAGISTRATE JUDGE